IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

**NOTICE AND INSTRUCTIONS FOR TELEPHONIC 341 EXAMINATIONS BY WALDEMAR WOJCIK, TRUSTEE**

Pending further notice, all 341 examinations in Chapter 7 cases shall be conducted by telephone conference in lieu of personal appearance. The following procedures must be followed by all Debtors, Debtors' counsel, and counsel for Creditors who wish to participate:

1. Debtor's counsel must call me at the scheduled 341 scheduled 341 exam date and time at the following telephone access number and immediately enter the following Access Code:
   Access Phone #:       1-888-390-6987
   Participant Access Code:       9841263#
2. Each Debtor must either be connected on the line with counsel before the call is made to me or must connect to me as Trustee separately as above.
3. Since three exams are set every ½ hour, you may hear an examination in progress when you call. Mute your phone while waiting to be called, but unmute as soon as I call your name.
4. Do not place me on hold with music playing. This will require me to disconnect you.

**Notice to Creditors & Creditors' Counsel:**

To participate, Counsel for Creditors must similarly call in on the same access phone 3, enter the same Participant Access code, and adhere to the other instructions as above.

**Documents to Produce in Advance:**

Not later than on Friday PRIOR TO the scheduled 341 exam, Counsel for each Debtor and Debtors not represented by counsel, must email or fax or deliver to Trustee's office below copies of ALL OF THE FOLLOWING DOCUMENTS:

1. Each Debtor's Driver's License or Photo ID, and Social Security card and either a recent W-2 or 1099 form or IRS tax transcript bearing the FULL Social Security number of each Debtor; and
2. Signed pages 6 of the Petition and signed Declaration of Electronic filing; and
3. The last filed Federal and State Tax returns (Form 1040) for each Debtor; and
4. Bank statements covering the full 30 day statement period during which the Bankruptcy was filed and specifically including the date of filing to verify funds on deposit at that time; and
5. Certificate of Title to each motor vehicle titled to each Debtor or Memorandum Title documenting all liens filed against each vehicle.

/s/ Waldemar J. Wojcik, Trustee
526 Superior Ave., #211
Cleveland, Ohio 44114
Tel. 216-241-2628
Fax 216-373-2392
Email: wwojcik@wojcikLPA.com