

# Title Details

## Property Details

| | | | |
|---|---|---|---|
| Type | VEHICLE | VIN | 3FA6P0H77ER112735 |
| Year | 2014 | Body Type | FOUR DOOR |
| Make | FORD | Model | -- |

## Current Title Information

| | | | |
|---|---|---|---|
| Title Number | 1810654105 | Owner Name | Private Owner |
| Issue Date | 02/05/2015 | Title Status | ACTIVE |
| Title Type | ORIGINAL | Control Number | E18006V8E |
| Number of Owners | 1 | Resides in County | 18 - CUYAHOGA |
| Lien 1 | FORD MOTOR CREDIT COMPANY | Lien 1 Cancel Date | |
| Lien 2 | | Lien 2 Cancel Date | |
| Total Purchase Price | 22618.00 | Brand 1 | |

**EXHIBIT B**

| | |
|---|---|
| Mileage | 33914 |
| | **Brand 2** |
| Mileage Brand | ACTUAL |
| | **Brand 3** |

## Title History

| | |
|---|---|
| **Title Number** | 1810628519 |
| **Issue Date** | 01/08/2015 |
| **Title Type** | ORIGINAL |
| **Title Status** | INACTIVE |
| **Inactive Reason** | TRANSFERRED WITHIN COUNTY |
| **Mileage** | 33880 |
| **Mileage Brand** | ACTUAL |
| **Owner Name** | LIBERTY FORD INC |

For further assistance, contact the Title Section by telephone at (614) 752-7671 or send us an e-mail.