442613-01 CJ    CJ/cw

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| SHAWN T. SHORT SR | ) | CASE NO. 21-13546 |
| | ) | |
| Debtor | ) | JUDGE ARTHUR I HARRIS |
| | ) | |
| | ) | FORD MOTOR CREDIT COMPANY LLC |
| | ) | RELIEF FROM STAY WORKSHEET |
| | ) | [EXHIBIT C] |

I. LOAN DATA

    A. IDENTIFICATION OF COLLATERAL (check all that apply):

        ☐ Real Estate
            ☐ Principal Residence of Debtor(s)
            ☐ Other

        ☒ Personal Property
            2014 Ford Fusion VIN: 3FA6P0H77ER112735
        ☐ Other Property _____

    B. CURRENT VALUE OF COLLATERAL: $12,350.00

    C. SOURCE OF COLLATERAL VALUATION: N.A.D.A.

    D. ORIGINAL LENDER: Liberty Ford, Inc.

    E. ENTITY ENTITLED TO ENFORCE THE NOTE: Ford Motor Credit Company LLC

    F. CURRENT LOAN SERVICER: N/A

    G. DATE OF LOAN: January 27, 2015

    H. ORIGINAL PRINCIPAL AMOUNT DUE UNDER NOTE: $23,460.94

    I. ORIGINAL INTEREST RATE ON NOTE: 9.99%

    J. CURRENT INTEREST RATE: 8.00%

K. ORIGINAL MONTHLY PAYMENT AMOUNT
(principal and interest only for mortgage loans): $436.32

L. CURRENT MONTHLY PAYMENT AMOUNT: $339.57

M. THE CURRENT MONTHLY PAYMENT AMOUNT LISTED ABOVE:

☐ Includes an escrow amount of $_____ for real estate taxes.
☐ Includes an escrow amount of $_____ for property insurance.
☐ Includes an escrow amount of $_____ for _____.
☒ Does not include any escrow amount.

N. DATE LAST PAYMENT RECEIVED: October 14, 2021

O. AMOUNT OF LAST PAYMENT RECEIVED: $200.00

P. AMOUNT HELD IN SUSPENSE ACCOUNT: N/A

Q. NUMBER OF PAYMENTS PAST DUE: 2

II. AMOUNT ALLEGED TO BE DUE AS OF THE DATE THE MOTION IS FILED

|   | Description of Charge | Total Amount of Charges | Number of Charges Incurred | Dates Charges Incurred |
|---|---|---|---|---|
| A. | PRINCIPAL | $8,544.06 | | |
| B. | INTEREST | $0.00 | | |
| C. | TAXES | $0.00 | | |
| D. | INSURANCE | $0.00 | | |
| E. | LATE FEES | | | |
| F. | NON-SUFFICIENT FUNDS FEES | $0.00 | | |
| G. | PAY-BY-PHONE FEES | $0.00 | | |

| | | | | |
|---|---|---|---|---|
| H. | BROKER PRICE OPINIONS | $0.00 | | |
| I. | FORCE-PLACED INSURANCE | $0.00 | | |
| J. | PROPERTY INSPECTIONS | $0.00 | | |
| K. | OTHER CHARGES (describe in detail and state contractual basis for recovering the amount from the debtor) | $0.00 | | |

TOTAL DEBT: $8,544.06

LESS AMOUNT HELD IN SUSPENSE $ N/A

TOTAL OF DEBT AS OF DATE MOTION IS FILED: $8,544.06*
* This total cannot be relied upon as a payoff quotation.

This Exhibit and Worksheet was prepared by:

/s/ Cynthia A. Jeffrey
Lindsey Hall (#0075152)
Cynthia A. Jeffrey (#0062718)
Daniel C. Wolters (#0076521)
Keith D. Weiner & Assoc. Co., L.P.A
1100 Superior Ave East, Suite 1100
Cleveland, Ohio 44114
Phone: (216) 771-6500
Fax:   (216) 771-6540
Attorney for Creditor
bankruptcy@weinerlaw.com