# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION - CLEVELAND

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| SHAWN T. SHORT SR | ) | CASE NO. 21-13546 |
| Debtor | ) | |
| | ) | JUDGE ARTHUR I HARRIS |

**NOTICE OF MOTION FOR RELIEF FROM STAY AND ABANDONMENT**

PROPERTY: 2014 Ford Fusion VIN: 3FA6P0H77ER112735

Ford Motor Credit Company LLC has filed papers with the Court for Relief from the Automatic Stay in this bankruptcy case.

**Your Rights May Be Affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant relief from the automatic stay, or if you want the Court to consider your views on the Motion, then on or before **January 4, 2022**, you or your attorney must:

File with the Court a brief written statement of reasons in opposition to the Motion, a list of authorities upon which respondent relies, and, if appropriate, copies of all documentary evidence which respondent intends to submit in opposition to the Motion in addition to the Affidavits required or permitted by the Federal Rules of Civil Procedure, at:

Clerk of Courts
United States Bankruptcy Court
201 Superior Avenue
Cleveland, OH 44114

If you mail your response to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date stated above. You must also mail a copy to:

Cynthia A. Jeffrey
Keith D. Weiner & Assoc. Co., L.P.A
1100 Superior Ave East, Suite 1100
Cleveland, Ohio 44114

Attend the hearing scheduled to be held on **January 11, 2022** at **10:00 A.M.** in courtroom #1A at 201 Superior Avenue Cleveland, OH 44114.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an Order granting that relief.

Date: December 13, 2021

/s/ Cynthia A. Jeffrey
Lindsey Hall (#0075152)
Cynthia A. Jeffrey (#0062718)
Daniel C. Wolters (#0076521)
Keith D. Weiner & Assoc. Co., L.P.A
1100 Superior Ave East, Suite 1100
Cleveland, Ohio 44114
Phone: (216) 771-6500
Fax: (216) 771-6540
bankruptcy@weinerlaw.com

# CERTIFICATE OF SERVICE

I certify that on December 13, 2021, a true and correct copy of the Notice Authorizing Abandonment and Relief from Stay was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

1. Office of the U.S. Trustee at (registered address)@usdoj.gov

2. Waldemar J. Wojcik on behalf of the Chapter 7 Trustee's office at wwojcik@wojciklpa.com

3. Aaron T. Kimbrell on behalf of Shawn T. Short Sr, Debtor(s), at akimbrell@fairmaxlaw.com

And by regular U.S. mail, postage prepaid, to:

Shawn T. Short Sr
17620 Invermere Ave
Cleveland, OH 44128


/s/ Cynthia A. Jeffrey
Lindsey Hall (#0075152)
Cynthia A. Jeffrey (#0062718)
Daniel C. Wolters (#0076521)
Keith D. Weiner & Assoc. Co., L.P.A
1100 Superior Ave East, Suite 1100
Cleveland, Ohio 44114
Phone: (216) 771-6500
Fax: (216) 771-6540
bankruptcy@weinerlaw.com